IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M.J., father of J.J., J.J., J.J., and
J.J,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2762

Opinion filed October 16, 2015.

An appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

Jeffrey L. Barrett of the Law Office of Jeffrey L. Barrett, P.A., Jacksonville, for
Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville; Wendie M.
Cooper, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, THOMAS, and KELSEY, JJ., CONCUR.